March 6, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

BILLY JOE WYATT, Appellant

NO. 14-10-01222-CR                     V.
NO. 14-11-00006-CR
NO. 14-11-00007-CR
THE STATE OF TEXAS, Appellee
_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. We therefore order that the judgment be **REVERSED**, the indictment be **DISMISSED**, the appellant be **ACQUITTED**, and this decision be certified below for observance.